# ADDENDUM

This is what I Sent to the
WARDEN Before the Retirement
Ask the WARDEN TO Review
the (RIC) Application

**ISP**
**OFFENDER MEMO**

**FROM:** ScarPo, Gregory Jr. # 67670-053 **LIVING UNIT** 3A/02

**TO:** Warden Watchinger **DATE:** 3-20-19

**OFFENDER REQUEST:** Please review, Sign & return a
copy if you would prior to your retirement
if you do not have time please leave
for Warden Gibbs. Have a great retirement.
Gregory Scarpo

**STAFF RESPONSE:** Recd 5/21

Denied @ this time. You need to
Sit & deal release dates & issues
thru the Federal System Representative and their
Next Visit

_____   _____
Signature                Date   7-5-19

A.1

*GREGORY SCARPA JR.*
*P.O. Box 316*
*Fort Madison, Iowa 52627*

Friday, May 10, 2019

RRM Kansas City Residential Reentry Office
Attention: Kris Roble
400 State Ave., Room 131
Kansas City, KS 66101

RE: Application for Administrative Remedy Program/Reduction in    Sentence (RIS),
Compassionate Release

- Name: Gregory Scarpa Jr.
- Federal Register Number: 10099050
- Date of Birth 08-03-1951
- Age 67
- Institution Iowa state Penitentiary

---

EXHAUSTION REQUIREMENTS

*ISP Warden:*
- Date RIS request received by institution:   05-20-2019
- Date of ISP Warden of treatment Response: 07-05-2019
- Response: *"Denied @ this time. You need to State your release questions &*
  *issues thru the Federal System Representative on their next visit."*
  *See Attachment:___1___*

- Print Recipients Name here: Addressed to: Warden Wachtendorf-
  Responded on her behalf by Warden of treatment Mike Schierbrock

  Position at Institution: Warden of treatment
  (Warden-*Please fill in date, Name & Position above, copy and return one copy to sender*)

---

- Staff *did not* assist with RIS request.
- This request *was Not* submitted by a third party

A.2

- Reason for disposition: Both Medical And Age
- Date of disposition of request: Saturday, May 18, 2019

**Attachments:**

- 1
- Medical, disciplinary and all other prison records are available to parties for review, through my filing of this application.

This is a request for a motion under §571.61 Section: 2-initiation of Request-Extraordinary or Compelling Circumstances-

   *See:* 18 U.S.C. 4205(g)/or18U.S.C.3582(c) (1) (A); *Subsection; **4.b. Elderly inmates with medical condition:***
Must fit the Following criteria:

- Age 65 & older:  **Yes**
- Currently suffers from (*chronic or serious*) medical conditions related to the aging process: **Yes**
- Experiencing deteriorating physical health that substantially diminishes their ability to function in a correctional facility: **Yes**
- Conventional treatment promises no substantial improvement to physical condition: **Yes**
- Have served at least 50% of their sentence: **Yes**

Statement from Gregory Scarpa Jr.:

I would like all parties to know of my current health issues. First, I cannot eat with the general population and am forced to eat alone because of the throat cancer and effects of the radiation. The reason, I eat to slow & choking is a frequent occurrence sometimes frequent vomiting. Second, I cannot eat about 80% of the meals prepared by the prison for the same reasons stated. The prisons had replaced my hot meals with cold cuts for the last four years. Third, this matter is becoming more severe as time passes and I am concerned sometime soon I could choke to death. Fourth, I have also suffered nerve damage and I have cognitive decline verified by the prison Psychiatrist, simply put it could be early stages of dementia/Alzheimer. These matters I speak on can be verified by ISP Prison medical staff. Fifth, I also suffer with a hypothyroid issues making maintaining

A.3

weight difficult and I have a hearing problem which is increasingly becoming worse. Sixth, I have had 5-hernias in the past 12-years, psoriasis causing skin issues, high cholesterol, arthritis/joint pain, foot issues, and sciatic nerve issues. Lastly, recently I have been diagnosed with cataracts.
All issues are serious and cumulative in severity with my aging.

The BOP should consider the following factors when evaluating the risk:
- Age at which the inmate was when he committed the offense: I have been in prison since Age 37-(1988) ran consecutive with this current case committed in 1995 trial held in 1999 and sentenced soon after.
- Whether the inmate suffered from these medical condition at the time the inmate committed the offense: No
- Whether the inmate suffered from these medical condition at the time of sentencing and whether the presentencing Investigation report (PSR) mentions these conditions: No

## 7. FACTORS AND EVALUATION OF CIRCUMSTANCES IN RIS REQUEST:

- o Nature and circumstances of the inmates offense:
- o Criminal history
- o Comments from victims.
- o Unresolved detainers
- o Supervised release violations
- o Institutional adjustment.
- o Disciplinary Infractions.
- o Personal history derived from PSR
- o Length of sentence and amount of time served this factor is considered with respect to proximity to release date or residential Reentry Center (RRC) or home confinement date.
- o Inmate current age:67
- o Inmate age at time of offense and sentencing:
  1. I have been in prison since Age 37-(1988) ran consecutive with this current case committed in 1995 trial held in 1999 and sentenced soon after.
- o Inmate release plans (employment, medical, financial).

A.4

1. Assured Storm Protection-(great pay with medical benefits)
   319 S. W. 13th Avenue
   Pompano Beach Florida
   Contacts: Office Manager Barbara & Owner Graziano Farrari
   Phone # 654-772-9009
- Whether release would minimize the severity of the offense.

Dear Warden Wachtendorf, please return 1-copy to myself here at the prison with your response and forward an additional copy to RRM Kansas City Residential Reentry Office 400 State Ave., Room 131, Kansas City, KS 66101. I thank you for your assistance with this matter and wish a happy retirement.

This is a request for BOP's appropriate staff (See: Mr. F. Edwards) to signoff in support of Gregory Scarpa Jr's. Motion under §571.61 Section: 2-initiation of Request-Extraordinary or Compelling Circumstances-

_____

Signature of:

_____

Printed Name of signature above

_____-_____-2019  Date of signature above

_____

Position of signer above

A.5



**U.S. Department of Justice**
Federal Bureau of Prisons

*Residential Reentry Management Branch*

---

*Kansas City Residential Reentry Office*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

August 13, 2019

Gregory Scarpa #6767058
Iowa State Penitentiary
PO Box 316
Ft. Madison, IA 52627

Dear Mr. Scarpa,

This is in response to your request for Compassionate Release/Reduction in Sentence (RIS) consideration received July 30, 2019, wherein you are requesting to be considered for RIS based on age, medical conditions, and completion of more than 50 percent of your sentence.

Based on our review of your medical records, you do not meet the Bureau of Prisons elderly with medical conditions RIS criteria. You are independent and are not experiencing deteriorating mental or physical health that substantially diminishes your ability to function in a correctional environment. Your current facility is able to manage your medical needs at this time.

If you do not agree with this decision, you may appeal using the Administrative Remedy Procedures to Kansas City Residential Reentry Office, Federal Bureau of Prisons, 400 State Ave, Tower II Ste 800, Kansas City, KS  66101.  Your appeal must be received within 20 days from the date of this response.

Sincerely,

Gregg Fearday, RN
Acting Residential Reentry Manager

A.6

ISP
OFFENDER MEMO

FROM: Scarpa Greg Jr. # 672258 LIVING UNIT 3A-02

TO: C/o Chad Bailey    DATE: 8-28-19

OFFENDER REQUEST: This is to Inform that
on the above date & Time Below I
Give my appeal to C/o Bailey Who
placed it in ISD mail Bag Addressed
to FBOP Prisons 400 State St Kcity KS
66(0)

STAFF RESPONSE:
                                        - % Chad Bailey 8/28/2019 @ 7:30 P.M.

_____                    _____
      Signature                                    Date

A.7

8/29/19

Residential Reentry office - Appeal from Gregory Scarpa

      I respectfully do not agree with the Decision That I do not meet the Bureau of Prisons elderly with medical conditions RIS Criteria.

      As for being independant? As much as I would like to be it's not the case — at every meal time I need someone to be near while I eat, as I eat and or try to eat without choking it doesn't happen, I choke at every meal - at times have no-breath & becomes very Dangerous of almost passing out - with that being the case. I cannot eat with the general Population — this is all from the Cancer Tumor that was the size of a golf ball in my throat that has left a hole where there's no separate from my wind Pipe & to where the food goes down. —

      As for not experiencing deteriorating mental or Physical health that substantially diminishes my ability to function in a correctional environment, I disagree, first I'm diagnos With having Mild cognitive impairment, my symtoms are Which seems to be getting worse everyday, Forget things That are important, Example: Pac #5 & Telephone #5 appointments, I get lost in conversations (I don't understand) - Another words I lose my Train of thought - I could No longer read a Book & completely understand what I just read or remember a movie from the night before. I believe the mild cognitive impairme Was the cause at my work, I forgot to shut off a machine before cleaning which resulted chopping up my Middle2 IND

fingers, as a final result I needed 7 stitches + NOW have limited use w/nerve damage to them fingers. This mild cognitive impairment can be verified by Psychologist Joy Kuper & DR. Greg Keller.

My eating problem (choking) falls on Deaf ears - The medical staff cure for not being able to eat 80% of what Food service prepare are to give me a small amount of cold cuts, Bread & Pudding every night which I also choke with that also & is very difficult to maintain a healthy weight - I keep my weight by eating icecream & cookies every single night & that in itself is NOT healthy.

I also request reconsideration of my application (RIS) Based on seperate grounds that I 68 years old and has Served 30 straight years much more than 50% of my sentence.

Physical health Deteriorating - I Do not have range of motion in my neck Due to Nerve Damage caused by having an 8 hour surgery in my neck seperate of the 5 hour Surgery in my throat - I'm taking 3200 mgs of GABApentin that helps me (minimal) - During the two Cancer Surgeries the right side Carotid artery was removed, rerouted the Blood flow to the remaining carotid - Being in this condition Combined with my age is very Dangerous in a Penitentiary that have many & the majority of young toughs who are constantly trying to make a name for themselves - one hit/punch to my neck can be fatal.

Other Meds that I take Daily are ATomoxETine 60 mg To

A.9

3 of 3

To Keep my cholesteral from elevating — Pilocarpine 5mg To Help Develope the much needed Saliva - (Does NOT Keep much) My Saliva Glands Were of Burnt Due To many RADIATION Treatments Episodes Killing the Cancer cells I Take omeprazole 20mg For Heart BURN that Continueusly keep me up many many nights — Dental Biotene & Biotene Dry Mouth rinse To moisten my mouth in the place of Saliva — Mirtazapine For depression — I'm given 3 Packs of CARNATION To mix with Milk So To help gain weight To No Avail — ClobaTasol 0.05% For The Scoriasis that continues To get Worse & developing ON my FACE besides the numerous Areas of my Body. Aspirin Daily To Keep my Blood Thin.

       ATTachments — 4
       4- Personal letters From Fellow INMATES
       That are Friends of mine.

                        Sincerely
                        Gregory Scarpa
                   STATE 676-058
                   Federal 10099050

Attachment 1

8-28-19

Dear Mr. Fearday,

My name is Patrick, I am writing this letter to give you a better insight into the day to day life of my cell mate Gregory Scarpa. We first started rooming together about 5 months ago. In the beginning Greg would ask me for small favors that I would think nothing of. He would ask me to wake him up for med-time, or remind him that he had to go to work, what day it was, or when it was time to eat. Daily trays are sent to the living unit for him and at first I couldn't figure out why. The meals here are almost completely inedible for him. It is hard to watch a person you like, that has so much pride, get depressed and throw away a whole meal because he chokes on almost every other bite. It is also bad to see Greg feel embarassed when he asks me for help making his bed or cleaning our cell because simple tasks a so Physically demanding on him. As our time in the cell together has Progressed I have noticed not only Physical but Mental troubles. Mr. Scarpa is a great cellmate. I've had troubles acclimating to my own situation, but any help I have needed adjusting or any advice I've needed he has given me. I help Mr Scarpa out of kindness and because its the right thing to do. It is hard to watch a man with so much Pride and self worth suffer silently because he's embarassed to ask for help. I hope this letter gives you a better view of the man behind the name,

　　　　　Sincerely   Patrick Thompson #61656645

A.11

Denis Gaily
1000465

Dear Greg Fearday,                                                    8-27-19

I am writing this letter concerning Greg Scarpa, a friend of mine the past 7 years. Before his cancer he was very fit, strong and active with a big appetite. Since cancer surgery he can't eat a lot of the meals here and has choking problems that are becoming more and more often and a few were very scary. He was always on the treddmill and eliptical machine — now never. He seems to be losing interest or depressed? I have gave him a hard time about his memory, not realizing till last year that it is bad, I thought he just butchered names of everyone. He forgets the days often and days we have chapel, visits and dr. appts. He is horrible reciting a movie or the news events - totally mixed up.

My father had dementia and I see symptoms of it in Greg. I do recall an incident where he hurt himself at the shops where he works. I believe he is declining faster than normal and he needs help.

A.12

Attachment 3

Gary Kirchner #0076674                          08-29-201

P.O. Box 316 Fort Madison Iowa 52627

   I declare under penalty of perjury that
the foregoing is true and correct.
   I have been friends with Greg Scarpa Jr.
for several years and also work with him
in the industries building things out of
wood.
   I have notice the change in
Mr. Scarpa to be much more serious
in the last couple of years. His
focus and memory had become very
serious, even causing him a serious
accident on a boring machine which
almost cost him a finger. It was
a serious injury.
   I have watched his decline in
focus & memory. With his cancer
I believe he is deserving of a chance
at freedom & to be with his family
in his last stage of life, as I believe
he is deteriorating quickly. I write
this in concern that you not just
consider each of his issues seperate
but at least view in the totality as
he is struggling in prison.
          Sincerely,
              Gary Kirchner.

A.13

Eric Thompson
#1150729
P.O. Box 316
(08-29-2019) Fort Madison Iowa 52627

I swear under penalty of perjury that Greg Scarpa has had me assist him in typing and many other things over the several years he and I have been friends.

I also declare that in the last few years he has forgot many things in which most wouldn't. I believe his memory is really bad and getting worse. This is easy for a friend to notice as prison forces us to be close to one another.

I am concerned if his memory becomes worse he will become dependent on us his friends to care for him. I believe this would be best for his family to do not prisoners.

His cancer has caused him to have to eat alone and not get to go to chow with the rest of the population. He deserves to be left out so his family can care for him.

Thank you,
Eric Thompson #1150729

A.14

August 29, 2019

To Whom it May Concern,

Our names are Danielle and Gregory Scarpa and we are writing this letter on behalf of my father-in-law, and my husband's father, Gregory Scarpa Jr. He recently applied for Compassionate Release/ Reduction in Sentence (RIS) and was denied. The rejection letter of his Compassionate Release/ RIS states that he does not meet the Bureau of Prison's Elderly with Medical Condition Reduction in Sentence (RIS) criteria. They claim that he is "independent" and not experiencing deteriorating mental or physical health that substantially diminishes his ability to function in a correctional environment. The rejection claims that his current housing facility is able to manage his medical needs at this time. My father-in-law has multiple medical issues, including Stage 4 Throat Cancer, that are not continually monitored in the state penitentiary and that is a hazard to his health and his quality/ quantity of life. Maybe if someone from the Bureau of Prisons would actually meet him in person and spend a few hours with him, instead of just reading reports about his health, then it would be obvious to the Bureau how much he is NOT independent and that the prison facilities are now hindering and substantially diminishing his health and he is progressively getting worse as time goes by.

We will be explaining in detail the multiple medical issues that are affecting our father, Gregory Scarpa Jr.and how living in a state penitentiary is definitely hindering his health problems. My father-in-law is a survivor of Stage 4 throat cancer. The first time I met him in person was in 2015, soon after one of the major surgeries performed on his throat in treating the throat cancer. My husband and I just recently came back from my second visit with him in the beginning of August of this year (2019.) When we compare the way Greg looked physically between the two visits 4 years apart, we must admit he looked better in 2015, even though he just had major surgery on his throat and was undergoing chemotherapy and radiation at the time. We fear that his cancer will return, which is a normal fear for anyone with a family member in remission from cancer. But, the difference is my father-in-law can not go to the doctor for a checkup that easily. Unfortunately, it may take quite some time for Greg to finally get to the hospital or doctor's office after putting in a request to see a doctor. Cancer can be growing rapidly inside him long before he is able to get testing done on the status of the cancer. If, God forbid, the cancer does come back, then he would have to undergo chemotherapy and radiation for the second time in prison.

Another health problem that we are very concerned about is his brain functioning; memory loss, lack of concentration, forgetfulness and the results of his last brain test. Greg's psychiatrist at Iowa State Penitentiary, Joy, recently received results from testing performed on his brain and it shows Mild Cognitive Impairment, which is often a precursor to Dementia. If Greg was on the outside, his doctor would most likely recommend that Greg be put on proper medications which could help prevent or slow down the progression of the Dementia. But in the state penitentiary setting, Greg will not be put on the proper meds that could help improve or prevent dementia. His memory loss has definitely declined since our last visit 4 years ago. For example, he is forgetting stories that he has told many times in the past. He would tell the same stories, word for word, over the years, but on this last visit, he kept forgetting pieces of these

A.16

stories when he was trying to tell them. He became very repetitive in asking the same questions more than once, forgetting that he had already asked the question and received an answer. We also noticed that he is experiencing problems comprehending things he just read or heard about; it takes him a lot longer to understand things and his memory retention has gotten much worse. It has become very difficult for him to retain certain information that he would like to talk about the next day or days after, i.e.; sports scores and plays that happened during a sports game. His forgetfulness was extremely obvious to us this visit. Greg kept forgetting the prepaid visitor card (that we put money on to pay for food and drinks during the visits) numerous times inside the various vending machines. The only time he remembered that he left the card in the machine was when one of us went to use it to purchase something to eat or drink. He had to keep reminding him to grab the card as soon as he is done using it. We are very concerned about his declining brain functions, memory loss and concentration. Within this past year, Greg was at "work" as a woodworker in the prison and had cut his finger on one of the machines. This accident required him to have to have surgery on his finger.

Greg's hearing, or lack of hearing, is a big concern of ours. We have noticed while talking on the phone with him that his hearing was getting worse but during our visit, it became very obvious that Greg could barely hear anything we said to him. He is completely deaf in one ear, his left ear we believe. When you are talking with him, he must turn his head to the side of the good ear to hear what is being said to him. My husband and I truly believe this is a hazard to his health. The reality is that he lives in a state penitentiary and at any moment an inmate can come up from behind him and make an attempt on his life without Greg hearing anything going on behind him.

Our biggest health concern is the fact that Greg can barely eat without choking. He has to break down bread and other food into small pieces so he can eat it and be able to swallow and not choke. It's becoming harder and harder for him to eat. His dry mouth is getting worse, which is one of the reasons why he has problems eating. It has gotten so bad that he cannot even eat with general population anymore. But he MUST eat with at least one other person; he cannot eat alone. Greg has previously had multiple choking incidents and has needed CPR performed on him twice already. Over the course of 4 years, from the last time we saw Greg in 2015 until now (2019), he has been supposedly getting healthier but yet he physically looked much worse to me this time compared to 2015. He was much thinner; he has become too thin and frail looking. When I gave him a hug, all I felt was the bones in his shoulders, chest and back. He looked like he had aged more than 10 years and it's really only been 4 years.

My husband and I also request reconsideration of Gregory Scarpa Jr.'s application based on the separate ground that he is over 65 years old, having turned 68 in the beginning of August. Also, he has served 75% of his sentence. He is pretty much stuck between a rock and a hard place- as the old saying goes. Gregory Scarpa is a federal inmate being housed in a state penitentiary. Iowa State Penitentiary is getting paid a good amount of money to house him, but they don't help him when he needs help. For example, when he needs important documents printed or copied from the computer, they won't help him at the state prison. He recently needed to download a very important PDF file from his lawyer or someone important regarding his legal case and it became a huge issue to get it downloaded and seen by Gregory. The usual excuse is that he's a federal inmate staying at a state penitentiary and help is very

A.17

hard for him to come by.  The previous woman Warden at Iowa State Penitentiary denied his Compassion Form before she retired, even though she really had no authority to deny it anyway because she was a State Warden- not a Federal Warden.  She should have just passed it along without a "Denied" stamp to the proper person in charge of the Compassion Forms at the Federal level.  It seems like some people at the state prison level say they can't help him, but yet have no problem hindering anything he is trying to do for legal purposes.

Gregory's family needs him home and he needs his family and loved ones now more than ever.  Greg's fiance DeAnna and his family, especially myself and my husband, Greg's only son, Gregory Scarpa 3rd, will take 100% full responsibility of Greg and his whereabouts at all times, should he be let out.  He has been in prison since 1988, it is time to let him out to be with his family for the remaining years of his life.  Thank you for your time regarding this issue.

Sincerely,

*Danielle Scarpa*

*Gregory Scarpa*

Gregory Scarpa 3rd and Danielle Scarpa

My name is Maria Scarpa.
I'm Writing for my father
Gregory Scarpa JR.
He has applied for Compassionate
release and was denied.
I'm asking with all my heart
for you to reconsider the
decision made: not to not
release my father on the
assumption that he is indepedent.
From my understanding
my father qualifies because
he has done more than half
his time, he is almost 70 years
old with many health conditions.
I would like to give you my
Personal experience with my
father over the years.
He has been losing his memory
and appears to be getting worse.
He has Said to me on Several
different occasions "Who is Mikey"?,
When I was refering to my son
his Grandchild who has been

Visiting him with myself every
year for five years now.
Only from last year until now
My father has forgotten many
things. Storys of things that
happened in the past that was
told to me by him since I was
a child. He has no recollection of.
My fathe cannot eat his food
on his own without another inmate
with him because of lack of
saliva from all the treatments
he recived from the cancer.
I'm worried that he will
eventually choke on his food.
My father has a job where
he forgot what he was doing
and cut his finger so bad that
he needed surgery. Without his
job he will have nothing in there
yet I dont know for how much
longer he can work.

A.20

I ask from my heart to
Please reconsider these matters
and allow My father to get
the Support and care he needs
from his family Out Of the
harsh Conditions he is under.


Sincerely

[signature]

Aug. 28, 2019

Dear Mr. Tracy,
                              I would like to introduce
myself. My name is Deborah Colon, the
sister of Gregory Scarpa Jr. # 67670 58.
                    I visited my brother Aug.
17, 18, 2019. It has been 3 years since
I've seen him & I couldn't believe his
decline since his throat cancer. He
has lost weight because he is unable
to eat hard foods. He has issue's that
causes him to choke on his food
because the foods have to be small and
chewed real good to go down properly.
             I also noticed his memory is
not the same. He is forgetting important
issue's and conversations, sometimes dates
that are important and repeating himself
on telephone conversations. My brother
is showing the same pattern as my
father did with dementia.
             His hearing is only good on
one side. You have to be on that side
so he hears you.

A.22

reconsider the Compassionate release so that
I can take care of him in my home.
I feel he could be in a better enviroment
health wise.

Sincerly Yours,
Deborah Colosi

August 28, 2019

Kansas City Residential Reentry Office
Federal Bureau of Prisons
400 State Avenue
Tower 2, Suite 800
Kansas City, KS 66101

To Whom It May Concern:

I am writing on behalf of my cousin, Gregory Scarpa, Jr., regarding the appeal of his request for a compassion release. As you know, Greg has battled a very serious cancer and his cancer is now in remission. However, my concern with Greg staying in prison is that he has difficulty swallowing his food. He is not able to eat the majority of the food served in the prison because of this problem. Even though he is given extra time to eat, it doesn't matter because he has trouble swallowing. As a result, he is extremely thin. Actually, he's a shadow of what he once was. I observed on my last visit to him, this past July, how difficult it is for him to eat. I had him choose food from the vending machines provided so he could eat something during our visit. He chose what he thought he might be able to eat and wasn't able to finish it because of the swallowing. It wasn't even a big meal. My concern is that he needs to have some weight on him so he can make it through treatments should his cancer return. If he were home, his meals would consist of those things he can eat so he can gain some weight. This cannot happen in prison for the obvious reason that they can't cook something special for him with all the people they have to feed. If he were not in prison, he could eat smaller meals of those things that are easier to swallow and eat more than three times a day so he could put on some weight and be prepared for treatments should he need them. Greg has kept a positive attitude throughout this ordeal but, unfortunately, a positive attitude does not add pounds to the body. Another thing I noticed about Greg during our visit is that he's forgetting things we have already discussed and he had some difficulty keeping up with what we were saying. I found myself having to explain things a lot more than when I visited him in the past. I know age is a factor but I'm eight months older than Greg so I was surprised I was having to slowly explain things to him. I'm concerned this could cause him some problems while in prison.

Please reconsider releasing him as he has served more than half his sentence and has to wake up every day in prison wondering if his cancer will return and how his body will handle it. Greg and I are close in age and even though I'm healthy, I know I'm on a downhill slope. I can't imagine what it would be like to wonder, while in prison, if the cancer might return and know that because I am lacking in weight due to not being able to eat many of the meals served, I might not survive the treatment.

I appreciate the time you have taken to read my letter and giving some thought to what I have said.

Sincerely,

Linda Cordero

8/13/19
Gregory Scarpa JR.
67670S8

# INFORMATION For The BOP

Who AM I going To Be Living With?
My SisTer Debbie Colosi — Her address is as Follows
3300 South OCEAN BLVD. (UNIT 520c)
HighLAND Beach FL 33487

IF Release How AM I going to Pay For my Residence
and Medical care?
First I Would Be Residing aT The above address
With my SisTer Debbie Colosi — She is very Supportive
EmotioNally & Spiritually and is Willing To cover my
monThly cosT oF Living (iE. monthly RenT & Food)

AS For my Medical care goes - I Would First
apply For Medicare aLong With a Supplamental Health PLAN

AM I going To Seek Employment? Yes To The extent
my HealTh Permitts me To Work
Dear BOP - you may Have already received
InFormatioN Regarding Where I Will Be Seeking employment
Should I Be granted Compassionate Release Due To my declining
Health. I WAS JusT offered ANother JoB opportunity That I
Believe Would Be Better Suited For me (HealTh reasons)
PLease See The FolLowing INFormation That I Will
Provide oN The FolLowing Page

A.25

The Job offered To me Would Be Conducted From
The Home in which I Would Be Residing. The Home of
My Sister & Brother Inlaw at The Florida Address 3300
South Ocean Blvd. (Unit 520 C) - Highland Beach FL. 33487
   The Job offered To me as a Billing Clerk, Preparing
and issuing invoices To all customers — Inventory
maintaining & storing Inventory Electronically including
Sales. The Two Combined Businesses are owned By
My Sisters Husband Joseph Colosi — The Businesses are
Based in New Jersey:

OCEAN Feed & Way Side Trucking
28 Oakwood Drive
Howell N.J. 07731
owner/Manager Joseph Colosi # 732 267 6186

Sincerely
Gregory Scarpa Jr
Gregory Scarpa Jr

A.26

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
**Kansas City Residential Reentry Office**

**Administrative Remedy Request**
**BP-229 - Response**

**Admin Remedy Response**

This is in response to your Request for Administrative Remedy received in our office on September 4, 2019, in which you request reconsideration of your RIS request.

A review of your medical record finds you are independent and are not experiencing deteriorating mental or physical health that substantially diminishes your ability to function in a correctional environment. Further, your current facility is able to manage your medical needs at this time.

Based on the above information, your Request for Administrative Remedy is denied

If you are dissatisfied with this response, you may file an appeal with the Residential Reentry Sector Administrator; Federal Bureau of Prisons; 400 State Ave, Tower II, Ste 800; Kansas City, Kansas 66101, within twenty (20) calendar days of the date of this response.

_9/4/19_
Date

_Gregg Fearday,_
Acting Residential Reentry Manager

A.27

Administrative Remedy Requests  BP 10    9/17/19

I'm sorry to say that I'm dissatisfied with the response I received Dated 9/4/19 - It states that after reviewing my medical records I'm independent and are not experiencing deteriorating mental or physical health that substantially diminishes my ability to function in a correctional environment.

I'm sending copies, 3 pages from my BP 9 with #4 Attachments (Letters from other Inmates) Also Please attach approx 5 Letters from family that recently visited me at the Tour State Penitentiary. The names I believe are Linda Cookes, Debbie Calusi, Maria Scarpa, Gregory Scarpa III & Deanna Bennett - I would Like To Attach them To this BP 10 - Thank you.

I cannot argue an experts opinion on matters which he is far more educated than myself - However I believe in this appeal you should look at the totality of all these medical issues together as one and not independently as I believe the expert did. One medical condition alone may not qualify or be defined as a deteriorating mental or physical health issue but surely the numerous medical issues I have, when viewed in it's entirety I'm unable to function normally in a prison environment. I request that you please reconsider all my medical problems in its totality and hopefully you will find the compassion needed to give me a 68 year old man with many medical issues an early release.

Sincerely,
Gregory Scarpa
Gregory Scarpa
Federal # 10099058
State # 676058

A.28

**U.S. Department of Justice**
**Federal Bureau of Prisons**                    **Regional Administrative Remedy Appeal**
**North Central Regional Office**                **Part B - Response**

Administrative Remedy Number: 1006134-R1

This is in response to your Regional Administrative Remedy Appeal dated January 15, 2020.   You are requesting re-consideration of your Compassionate Release/Reduction in Sentence.

We have reviewed your Regional Administrative Remedy Appeal and official documentation related to your appeal.   Based on this review, we concur with the manner in which the Acting Residential Reentry Manager addressed your concerns.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

O 2- 11- 2020
Date

Stacy Rimmer, Central Sector Administrator

A.29

*[handwritten at top:]* Slow Process of Demertify
Donepezil

# Kiosk Messages All Report

Kiosk Messages From 09/19/2019 To 10/15/2019 - All Mailboxes

**6767058 - Gregory Scarpa, Jr**

| Message Date | Author | Subject | Mailbox | Text | Status |
|---|---|---|---|---|---|
| 09/19/2019 8:25 am | Offender | Records, Debbie Householder.. | Health Services - Nonsick Call | Hello Ms. Householder, this is a request to please put together copies of record dated from 2015 (post my cancer surgeries) along with my Medical Iowa City trips, other words just what I've been treated for... I understand I will have to pay what-ever fee it calls for... Thank You... | Read |
| 09/19/2019 8:36 am | Offender | Appointment w/Dr. Miller... | Health Services - Sick Call | I find myself choking much more than usual while i eat, even food as soft as ice-cream, Iowa City recommended that I should be informed if this should happen, it's a sign that a growth may be developing again... Thank You  Gregory Scarp 6767058 | Read |
| 09/19/2019 10:26 pm | JONATHAN,WOOD | Records, Debbie Householder.. | Health Services - Nonsick Call | You will need to submit this request in the "Medical Records Request" section in the kiosk for addressing and processing. Thank you, Jon Wood RN. | Read |
| 09/20/2019 7:45 am | JULIE,WOOLEVER | Appointment w/Dr. Miller.. | Health Services - Sick Call | I will schedule you for sick call. Julie Woolever RN | Read |
| 09/22/2019 10:46 am | Offender | Ms, Householder... | Medical Records Request | Hello Debbie, request to please put together copies my medical records dated from 2015 to present Thank You Gregory Scarpa 6767058 | Read |
| 09/22/2019 10:57 am | Offender | Tasha... *{[handwritten] HHZCA RN}* | Health Services - Admin | Hello Tasha, can you please inform me whether or not the Federal B.O.P. requested medical information in regards to me or were my Medical records handed or sent to them... Thank You...  Gregory Scarpa 6767058 | Read |
| 09/24/2019 4:20 pm | TASHA,WHALEN | Tasha... | Health Services - Admin | No nothing recent. | Read |
|  |  |  |  | I know several years ago they did but again nothing recent. |  |
|  |  |  |  | Tasha |  |
| 09/27/2019 9:38 am | DEBRA,HOUSHOLDER | Ms, Householder... | Medical Records Request | I received your release of information form.  Thank you for filling that out. Are you just wanting your Iowa City records or all medical? Are you wanting mental health records? Is this to go to Deanna Bennett and are you paying or is she? The cost is $15.00 per hour plus .15 per page copied. I will have to let you know the cost when I am done. dhousholder | Read |
| 09/30/2019 7:43 am | Offender | Debbie Householder... | Medical Records Request | Thank you for your response... I'm requesting all medical records as well as Iowa City m. records including Hernia Surgery resulting w/Blood Clot... I understand the 15 cents a  copy, as for the 15.00 an hour can you please give me an approx. of how long in time this would be?  As of what I understand Deanna Bennett is going to lay out the $$$ & then forward the cost to my lawyer... Thank You | Read |
| 09/30/2019 9:15 am | Offender | Dave Foehring... | Case Manager | Hello Dave, I request to know whether or not you gave anyone associated with the Federal B.O.P. Any information regarding my medical or physical or even your opinion of any sort of my status of health & or if I'm Independent??  Thank You Sir... | Read |
| 09/30/2019 10:01 am | DAVE,FOEHRING | Dave Foehring... | Case Manager | I spoke with Gregg Fearday around 8-7-19 when I kiosked you the questions he wanted answered.  We may have briefly discussed your current tier 3 status and what it entails; I don't recall the specifics beyond that. | Read |
| 10/03/2019 10:22 am | DEBRA,HOUSHOLDER | Debbie Householder... | Medical Records Request | I don't know the cost yet, There are quite a few records to copy.  I will let you know as we have to  have the money before we can send it. | Read |
| 10/04/2019 11:12 am | Offender | Debbie Householder... | Medical Records Request | That's Fine, Thank You  very much... | Read |
| 10/08/2019 12:02 pm | DEBRA,HOUSHOLDER | Debbie Householder... | Medical Records Request | You are wanting Nurses notes, Dr. notes, Iowa City notes from 2015 to present? dhousholder | Read |

Iowa Department of Corrections

Page  1  of  2

*[handwritten bottom:]* Donepezil from Offender Gregory Scarpa, JR

*[handwritten right side:]* Donepezil from Staff at ISP
10/15/2019 8:11 am

A.30

**U.S. Department of Justice**

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: 

| Gregory Scarpa Jr. | Fed-10099050 State-6767058 | HU3-A102 | Iowa State Penitentiary |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**PART A-REASON FOR APPEAL**

**First,** I challenge the title RN which is level of medical training Mr. Fearday has, and who is the Acting Residential Reentry Manager (ARRM). Mr. Fearday used this level of training to perform the fact finding/Decision making in step one of this process. An RN is not a Doctor. I challenge whether an RN's training is sufficient to make the determination on my numerous medical conditions in their totality and how they affect my ability to operate/function in the normal daily prison setting, without referring to my medical records.

**Second,** I challenge the way in which Mr. Fearday as an RN gathered medical information which was used to determine his decision in denying my application for compassionate Release (BP-9 &10) (See Atachmnet:1 Section by **Tasha Whalen**) . I was informed that the only information obtained, came from Mr. Fearday questioning my case manager Dave Foerhing at the Iowa State Penitentiary (ISP) on how I am functioning at the prison in the level system used in the housing unit. (See Attachment: 1 by **Dave Foerhing**) Mr. Foerhing informed me he cannot review my Medical records and makes one round at my living unit per day when I am not there and does not see how my daily life is impacted by my medical conditions at the prison/housing unit in which I live. Additionally, No medical information was forwarded from ISP medical department to Mr. Fearday (see Attachment: 1-section by **Tasha Whalen**). I confirmed this through ISP staff Tasha Whalen-Medical Administrator of ISP who informed me that no one from the BOP ever contacted Tasha Whalen on this Appeal. She is the staff member which would have prepared &/or forwarded such documents for Mr. Fearday to review.

4/7/20
DATE

*See attached Pages & Attachments*

Gregory Scarpa Jr.
SIGNATURE OF REQUESTER

**PART B-RESPONSE**

APR 2 9 2020

RECEIVED

MAR 1 3 2020

Administrative Remedy Section
Federal Bureau of Prisons

DATE
ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: 1006134-A1

**PART C-RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECTL: _____

DATE _____    PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13) APRIL 1982

USP LVN

A.31

## Central Office Administrative Remedy Appeal-Continued (pg2)          (Gregory Scarpa Jr.)

This means neither Mr. Fearday (BP-9) nor Stacy Rimmer (BP-10) did not make their decisions through my medical records being reviewed and couldn't make that decision with any medical certainty and should not have denied my request for this compassionate release. I believe if any other medical records were reviewed by Mr. Fearday or Stacy Rimmer other than that of ISP records, then I would appeal to the fact that it is an incomplete record to draw an opinion on this process.

Third, I meet the qualification for approval of RIS. RIS requirements are: (1) age-over 65 (I am 68); (2) having over 50% of your sentence completed —Which I have-32 years straight in prison; (3) Serious Medical Conditions;

> "First, I cannot eat with the general population and always need to eat with someone as I am not independent at meal time because of the throat and neck cancer due to the possibility I can choke to death. Also, the reason I eat slow, choking is a frequent occurrence, as I have limited saliva and frequent vomiting issues. Second, I cannot eat 80% of the meals prepared by the prison because of my medical issues, for the same reasons stated.
> The prisons had replaced my hot meals with cold cuts for the last five years. Third, this matter is becoming more severe as time passes and I am concerned sometime soon I could choke to death. Fourth, I have also suffered nerve damage. I have cognitive decline, simply put it is the early stages of dementia caused by Alzheimer, which, I am now taking medication for. These matters I speak on can be verified by ISP Prison medical staff. Fifth, I also suffer with a hypothyroid issues making maintaining weight difficult and I have a hearing problem which is increasingly becoming worse. Sixth, I have had 5-hernias in the past 12-years, psoriasis causing skin issues, high cholesterol issues, arthritis/joint pain, foot issues, and sciatic nerve issues. In addition I am now taking medication for an enlarged prostate. All issues are serious and cumulative in severity with my aging."

Bottom line Death is creeping up on me and I beg for the compassion needed to approve this release and to give me the opportunity to spend the last years with my family and those I love.

My medical issues & records where ignored in this process or at minimum an incomplete review. I beg the decision makers to view my medical conditions through the actual medical files, which now include dementia as an additional medical condition since this application was prepared, and ask you to view all my medical conditions together in its totality because they are affecting my ability to function as a normal prisoner. This is a compassionate release program, the only missing ingredient required to approve the appeal is compassion. Please approve.          APR 3 0 2020

Lastly, I have attached letters of my family, those who know me well and live around me to confirm with BOP staff that my condition makes me unable to be independent in the prison setting, see Attachments: 2-8.

Attachment: 01- (section by: Tasha Whalen 09-24-2019 @4:20pm), head of medical records at
          ISP) Kiosk Message-referencing communications between Tasha Whalen & that
          the BOP had not contacted her about medical records for "several years".

Attachment: 01- (section by: Dave Foehring on 09-30-2019 10:01am) Where Mr. Foehring states:
          ("We may have briefly discussed your current tier 3 status"), yet he said nothing on
          Medical records or medical condition.
Attachment: 02- Son (Gregory Scarpa III) & Daughter in law (Danielle Scarpa)
Attachment: 03 — Sister (Deborah Colosi)
Attachment: 04 — Daughter (Maria Scarpa)
Attachment: 05 — (Prison Clerk) Eric Thompson #1150729
Attachment: 06 — (ISP Prisoner who assists me) Gary Kirchner
Attachment: 07 — (ISP Prisoner who assists me) Denis Gailey
Attachment: 08 - (ISP Prisoner who assists me) Patrick Thompson
Attachment: 09-(BP-10)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : GREGORY JR SCARPA, 10099-050
      IOWA DEPARTMENT OF CORRECTIONS
      2111 330TH AVENUE
      FT. MADISON, IA 52627


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1006134-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : MARCH 13, 2020
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR REGIONAL OFFICE
                 ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM OR A COPY
                 OF THE ~~REGIONAL~~

REJECT REASON 2: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : ALSO DATE YOUR APPEAL. REGION ACCEPTED YOUR APPEAL
                 ON 1-28-2020 AND FAILED TO RESPOND, ATTACH COPY OF
                 MISSING BP-10 FORM & SIGN & DATE YOUR APPEAL.



*Gregory Scarpa Jr.*
*P.O. Box 316*
*Fort Madison, IA 52627*
*State No. 6767058 Fed–10099050*

Monday, April 13, 2020

Administrative Remedy Coordinator
320 First St. N.W.
Washington, DC 20534

Ref: March 27, 2020-Rejection Notice- Remedy ID 1006134-A1

Dear Administrative Remedy Coordinator,

In response to your Correspondence Rejecting the BP-11 you requested the following in order to proceed with this process.

**BOP-"REJECT REASON 1:** *YOU DID NOT PROVIDE A COPY OF YOUR REGIONAL OFFICE ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM"*...
**SCARPA'S RESPONSE-1: I HAVE ATTACHED (Attachment: 9) A COPY OF THE BP-10 TO THIS PACKET**

**BOP-"REJECT REASON 2:** *YOU DID NOT SIGN YOUR REQUEST OR APPEAL."*
**SCARPA'S RESPONSE-2 THE BP-11 APPEAL HAS BEEN SIGNED & DATED AND RETURNED FOR YOUR REVIEW ON 04-13-2020.**

I have followed your instruction and responded with needed signatures & dates on all relevant forms.

I apologize for the errors and hope this assist you in your review.

Sincerely,

Gregory Scarpa Jr. 6767058

A.34

U.S. Department of Justice

Federal Bureau of Prisons

**Application Requesting Home Confinement through First Step Act-&-CARES Act-For Elderly Offender-Due to Covid-19**

| From: | Scarpa, Gregory Jr. | State-6767058 Fed-10099050 | HU3A102 | (ISP) Iowa State Penitentiary |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | |

Comes Now the above Federal offender who is currently placed in a state facility for BOP reasons, and files this application in reference to the US Attorney Generals Memorandum to the BOP regarding the increasing use of home confinement and expanding to include the CARES Act which authorized the Attorney general "*to expand the cohort of inmates who can be considered for home release...*" and I, Gregory Scarpa states the following grounds to grant this instrument for Home Confinement under the Elderly Offender criteria -Due to Covid-19:

I.   **Age Requirements are 60 or above:**
     I Gregory Scarpa am currently 68 years old (D.O.B.08-03-1951)

II.  **Medical Requirements are:** (Asthma-Heart Disease-Lung Issues- Diabetes-Weakened Immune System-Cancer Treatments-High Blood Pressure)

I Gregory Scarpa Jr. Currently have the following qualifying conditions:
1. **Weakened immune system**; this was caused from chemo-therapy and radiation Administered after 2-serious surgeries.
    a. First; an 8-hour surgery on my neck for cancer;
    b. Soon after, a 5-hour Surgery on my throat for additional large tumor; and
    c. Low white blood cell count, causing me to be highly susceptible to infection and pneumonia.
2. **High Blood pressure**
3. **Cancer** (Melanoma) evaluation appointment was pending and placed on hold because of Covid-19.
4. **Additional medical conditions** causing continued hard ache as an elderly prisoner:
    "*First, I cannot eat with the general population and always need to eat with someone as I am not independent at meal time because of the throat and neck cancer due to the possibility I can choke to death. Also, the reason I eat slow, choking is a frequent occurrence, as I have limited saliva and*

*frequent vomiting issues. Second, I cannot eat 80% of the meals prepared by the prison because of my medical issues, for the same reasons stated.*

*The prisons had replaced my hot meals with cold cuts for the last five years. Third, this matter is becoming more severe as time passes and I am concerned sometime soon I could choke to death. Fourth, I have also suffered nerve damage. I have cognitive decline, simply put it is the early stages of dementia caused by Alzheimer, which, I am now taking medication for. These matters I speak on can be verified by ISP Prison medical staff. Fifth, I also suffer with a hypothyroid issues making maintaining weight difficult and I have a hearing problem which is increasingly becoming worse. Sixth, I have had 5-hernias in the past 12-years, psoriasis causing skin issues, high cholesterol issues, arthritis/joint pain, foot issues, and sciatic nerve issues. In addition I am now taking medication for an enlarged prostate. All issues are serious and cumulative in severity with my aging."*

I request this be placed into the appropriate hands of the BOP for consideration for home confinement. I ask that the following statement from the Centers for Disease control is considered, which states:

*"In response to the worldwide covid-19 pandemic, the Centers for Disease control consider the most vulnerable to include people over 65 years old, and people with conditions that affects their lungs, heart ,kidney, immune system or who have other serious chronic medical condition."*

I qualify under both your standards and the standards set forth by the Centers for Disease control to be placed in home confinement and I request that I be placed in the home confinement.

Lastly, I bring to you the meaning of an Act Of God and the language used:

*"TEXT: 1. an unusual, extraordinary, sudden, and unexpected manifestation of the forces of nature which man cannot resist."*

Submitted by,

*Gregory Scarpa Jr.*                    Dated: __4__ - __13__ -2020

Gregory Scarpa Jr.
P.O. Box 316
Fort Madison, Iowa 52627

---

*Upon receipt of this document please fill in the information below and return a copy to Applicant Gregory Scarpa Jr. at P.O. Box 316, Fort Madison, Iowa 52627*


Date received by the BOP: _____-_____-2020

Name of BOP recipient:


_____          _____
Last Name, First Name                          Job Title

---

Administrative Remedy No. 1006134-A2
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal where you challenge the denial of your request for a Reduction
in Sentence (RIS). You claim to be eligible for a RIS due to your age
and medical conditions. For relief, you request a RIS.

Title 18 of the United States Code, § 3582(c)(1)(A), allows a
sentencing court, on motion of the Director of the Bureau of Prisons
(BOP), to reduce a term of imprisonment for extraordinary and
compelling reasons. Program Statement 5050.50, Compassionate
Release/RIS: Procedures for Implementation of 18 U.S.C. §§
3582(c)(1)(A) and 4205(g), Sec. 3(b), states consideration for a RIS
may be given to an inmate who suffers from a "debilitating medical
condition" when the inmate has an incurable, progressive illness or
suffered a debilitating injury from which he/she will not recover, and
the inmate is: (1) completely disabled, meaning the inmate cannot
carry on any self-care and is totally confined to a bed or chair; or
(2) capable of only limited self-care and confined to a bed or chair
for more than 50% of waking hours. Additionally, pursuant to Sec.
4(b), "Elderly Inmates with Medical Conditions", consideration for a
RIS may be given to inmates who meet the following criteria: age 65 or
older; suffers from chronic or serious medical conditions related to
the aging process; experiencing deteriorating mental or physical
health that substantially diminishes their ability to function in a
correctional facility; conventional treatment promises no substantial
improvement to their mental or physical condition; and have served at
least 50% of their sentence.

We have carefully reviewed your request and determined the Warden
properly found you do not meet the criteria for a RIS on the basis of
the available information. Medical records indicate you are a 65-year
old male with a history of throat and neck cancer, hyperlipidemia,
hyperthyroidism, and lower back pain. Records show that you have been
clear of throat and neck cancer for three years. Your other medical
conditions are monitored and treated through chronic care evaluations
and sick call appointments. Your condition is being managed and is
currently stable. You can independently perform your activities of
daily living. As such, you do not currently meet the criteria for
RIS.

Accordingly, your appeal is denied.

7/6/2020
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

A.38

# ~ CERTIFICATE OF COMPLETION ~

*This certificate is awarded to*

Gregory Scarpa

*For the completion of the Lean (PIMS) course of the Iowa Industries Manufacturing Systems at Ft. Madison, Iowa.*

1-24-19

Date

Lean Manufacturing Supervisor

A.39



### Department of Corrections
### Health Services
## Work Classes

3-4-2020
Printed

**Patient Name:**   Scarpa, Gregory

**Patient Code:**   6767058

**HOUSING:**

___ No Restriction   **RESTRICTION TO:**   X  Lower Bunk of 2 Bunk Bed   ___ Lower Bunk of 3 Bunk Bed

___ Middle Bunk of 3 Bunk Bed   X  Ground Floor

**SPORTS:**

___ No Restrictions   **No Sports Activity**

**RESTRICTION FROM:**   ___ Running/Jogging   X  Contact/Team Sports   ___ Weightlifting

___ Other:

**WORK:**

___ No Restriction   ___ **Medically/Psychiatrically Ineligible**

___ **Sedentary work only**

**RESTRICTION FROM:**

___ Bending/ Stooping/ Squatting   ___ Ladders/Step Stools   ___ Potentially Dangerous Machinery

___ Standing for more than ___ hours   X  Lifting more than 50 pounds   ___ Push/pull more than ___ pounds

___ Repetitive Use of Hands   ___ Work above Shoulders   ___ Walking over ___ feet

___ Dusty Conditions   ___ Exposure to Chemicals   ___ Exposure to Loud Noise

___ Other:   ___ Work Requiring Safety Boots

**MEDICAL EQUIPMENT/SUPPLIES:**

___ Wheelchair   ___ Cane/Walker   ___ Bedwedge

___ Electrical:

X  Other:  lumbar support, inguinal truss, R knee sleeve, gel inserts, extra pillow

**TRANSPORTATION:**

X  No Restriction

**RESTRICTION TO:**   ___ Wheelchair Accessible Transportation   ___ No Restraint Cover

___ No Leg Irons   ___ Restrain hands in front of offender

___ Other:

**Comments:**   Feed In x 12 mo
Pt has urinary urgency and often needs to use bathroom quickly

| | |
|---|---|
| Miller, Dennis DO | 03/04/2020 |
| Health Services Staff | Date |

Name:   Scarpa, Gregory   Number:   6767058   Unit:   HU3A

Origination: September 2009.

Printed: 03/04/2020 13:54 by jon.wood

Department of Corrections

HSF - 508

Page 1 of 2

A.41

# Definitions of Restrictions

**Medically/Psychiatrically Unassigned** -- applies to offenders restricted from work due to a medical or psychiatric condition.

**Sedentary Work Only** -- work that is limited to a seating position and does not require strenuous activity.

**Ladders/Step Stools** -- work requiring climbing ladders, step stools, work on scaffolding or steep inclines. Typically applies to individuals with seizure disorders, or other conditions affecting balance or stability in movement.

**Potentially Dangerous Machinery** -- work near machinery or equipment that has the potential for causing injury through inadvertent contact resulting from reduced or complete loss of consciousness, coordination or balance. Typically applies to individuals with seizure disorders or other conditions affecting alertness, balance or stability in movement.

**Bending/Stooping/Squatting** -- work requiring repetitive or frequent bending or stooping at waist or squatting. Typically applies to individuals with severe obesity, back problems, vertigo, arthritis, internal derangement of the knee, etc.

**Limited Standing ____ hours** -- work requiring standing for the specified number of hours.

**Lifting more than ____ pounds** -- work requiring lifting the specified number of pounds.

**Push/pull more than ____ pounds** -- work requiring pushing or pulling the specified number of pounds.

**Walking over ____ feet** -- work requiring walking the specified the number of feet.

**Repetitive Use of Hands** -- work requiring repeated or prolonged grasping, pulling, typing, etc. Typically applies to individuals with joint problems, carpal tunnel syndrome, tendonitis etc.

**Work Above Shoulders** -- work above the level of the shoulders. Typically applies to individuals with limitations of the movement of the shoulder joint.

**Exposure to Loud Noise** -- work in areas where there is frequent or sustained high volume ambient noise. Typically applies individuals who have established hearing loss or severe anxiety disorder.

**No Food Service Work** -- work in areas of food preparation. Typically applies to individuals with diseases that could be transmitted via food products.

**Dusty Conditions** -- work in environments that produce exposure to increased levels of inhaled dust particles.

**Exposure to Chemicals** -- work in environments that produce exposure to inhaled respiratory irritants, fumes, smoke, cleaning detergents or other chemicals.

**No Work Requiring Safety Boots.**

Origination: September 2009.

Printed: 03/04/2020 13:54 by jon.wood

Department of Corrections

HSF - 508

Page 2 of 2

A.42

Department of Corrections
**Prescription Report**

| Offender: | 6767058 | Offender Name: | Scarpa, Gregory Jr |
|---|---|---|---|

### Current

| Doctor | Rx# | Drug/Sig | Start Date | Stop Date | Release Date | Qty | Reason |
|---|---|---|---|---|---|---|---|
| Miller, Dennis DO | 190048 | Metoprolol 50mg XL tablet - 50 MG (1 x 50MG) po qd for HTN | 05/27/2020 | 11/22/2020 | | 1.00 | |
| Keller, Gregory DO | 189794 | Donepezil 10mg tablet - 10 MG (1 x 10MG) po qHS for dementia | 05/21/2020 | 11/16/2020 | | 1.00 | |
| Keller, Gregory DO | 189793 | MIRTAZapine 30mg tablet - 30 MG ( 1 x 30MG Tab(s)) PO at HS PRN for anxiety | 05/20/2020 | 11/15/2020 | | 1.00 | |
| Miller, Dennis DO | 189415 | Tamsulosin 0.4mg capsule - 0.4 MG ( 1 x 0.4MG Cap(s)) PO at HS | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189412 | Levothyroxine 150mcg tablet - 150 MCG (1 x 150MCG) po qd | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189403 | Simvastatin 20mg tablet - 20 MG (1 x 20MG) po qHS | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189409 | Aspirin EC 81mg tablet - 81 MG (1 x 81MG) po qd | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189400 | Moisture Lotion FF - Apply to affected area QD for dry skin | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189406 | Clobetasol 0.05% Cream - Apply to affected area QD for psoriasis | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189410 | Fixodent Original Dental Adhesive Cream - Use for dentures daily as directed | 05/11/2020 | 11/06/2020 | | 1.00 | |
| Miller, Dennis DO | 189405 | Psyllium Fiber Packet (Leader) - 1 Packet mixed in water bid PRN for constipation | 05/11/2020 | 11/06/2020 | | 2.00 | |
| Miller, Dennis DO | 189404 | Carnation Nutritional Supplement - Use twice daily for nutritional supplement | 05/11/2020 | 11/06/2020 | | 2.00 | |
| Miller, Dennis DO | 189401 | Carnation Nutritional Supplement - 3 packets daily | 05/11/2020 | 11/06/2020 | | 3.00 | |

A.43

Department of Corrections
## Prescription Report

**Offender:** 6767058          **Offender Name:** Scarpa, Gregory Jr

### Current

| Doctor | Rx# | Drug/Sig | Start Date | Stop Date | Release Date | Qty | Reason |
|--------|-----|----------|------------|-----------|--------------|-----|--------|
| Miller, Dennis DO | 189402 | Pilocarpine 5mg tablet - 5 MG (1 x 5MG) po tid PRN for dry mouth | 05/11/2020 | 11/06/2020 | | 3.00 | |
| Miller, Dennis DO | 189407 | Biotene Dry Mouth Rinse - Rinse as directed three times daily or as needed for dry mouth | 05/11/2020 | 11/06/2020 | | 3.00 | |
| Miller, Dennis DO | 189408 | Biotene Dental Paste - Use as directed | 05/11/2020 | 11/06/2020 | | 3.00 | |
| Miller, Dennis DO | 189414 | Antacid Anti-Gas Suspension - Shake well and take 30 mL by mouth at bedtime PRN **LIMIT OF 2 BOTTLES PER MONTH** | 05/11/2020 | 11/06/2020 | | 30.00 | |
| Miller, Dennis DO | 189411 | GABApentin 800mg tablet - 1600 MG (2x800MG) po bid | 05/11/2020 | 11/06/2020 | | 4.00 | |
| Miller, Dennis DO | 189413 | IBUprofen 800mg tablet - 800 MG (1 x 800MG) po q6h PRN | 05/11/2020 | 11/06/2020 | | 4.00 | |
| Keller, Gregory DO | 188687 | Atomoxetine 80mg capsule - 80 MG (1 x 80MG) po qAM for concentration / focus ( start 4/24/2020) | 04/24/2020 | 10/20/2020 | | 1.00 | |

### Past History

| Doctor | Rx# | Drug/Sig | Start Date | Stop Date | Release Date | Qty | Reason |
|--------|-----|----------|------------|-----------|--------------|-----|--------|
| Keller, Gregory DO | 185189 | MIRTAZapine 30mg tablet - 30 MG (1 x 30MG Tab(s)) PO at HS PRN for anxiety | 02/19/2020 | 05/20/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 183201 | Moisture Lotion FF - Apply to affected area QD for dry skin | 01/08/2020 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 182228 | Antacid Anti-Gas Suspension - Shake well and take 30 mL by mouth at bedtime PRN **LIMIT OF 2 BOTTLES PER MONTH** | 12/06/2019 | 05/11/2020 | | 30.00 | Prescription Renewed |
| Miller, Dennis DO | 181898 | Tamsulosin 0.4mg capsule - 0.4 MG (1 x 0.4MG Cap(s)) PO at HS | 11/27/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |

Printed: 07/02/2020 06:22 by LeighAnn.pfeiferling          Department of Corrections

Page 2 of 4

A.44

Department of Corrections
**Prescription Report**

**Offender:** 6767058          **Offender Name:** Scarpa, Gregory Jr

## Past History

| Doctor | Rx# | Drug/Sig | Start Date | Stop Date | Release Date | Qty | Reason |
|---|---|---|---|---|---|---|---|
| Miller, Dennis DO | 175218 | Carnation Nutritional Supplement - 3 packets daily | 06/26/2019 | 05/11/2020 | | 3.00 | Prescription Renewed |
| Miller, Dennis DO | 174814 | Levothyroxine 150mcg tablet - 150 MCG (1 x 150MCG) po qd | 06/19/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 174804 | Simvastatin 20mg tablet - 20 MG (1 x 20MG) po qHS | 06/19/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 174809 | Aspirin EC 81mg tablet - 81 MG (1 x 81MG) po qd | 06/19/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 174805 | Clobetasol 0.05% Cream - Apply to affected area QD for psoriasis | 06/19/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 174811 | Fixodent Original Dental Adhesive Cream - Use for dentures daily as directed | 06/19/2019 | 05/11/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 174806 | Psyllium Fiber Packet (Leader) - 1 Packet mixed in water bid PRN for constipation | 06/19/2019 | 05/11/2020 | | 2.00 | Prescription Renewed |
| Miller, Dennis DO | 174803 | Carnation Nutritional Supplement - Use twice daily for nutritional supplement | 06/19/2019 | 05/11/2020 | | 2.00 | Prescription Renewed |
| Miller, Dennis DO | 174802 | Pilocarpine 5mg tablet - 5 MG (1 x 5MG) po tid PRN for dry mouth | 06/19/2019 | 05/11/2020 | | 3.00 | Prescription Renewed |
| Miller, Dennis DO | 174807 | Biotene Dry Mouth Rinse - Rinse as directed three times daily or as needed for dry mouth | 06/19/2019 | 05/11/2020 | | 3.00 | Prescription Renewed |
| Miller, Dennis DO | 174808 | Biotene Dental Paste - Use as directed | 06/19/2019 | 05/11/2020 | | 3.00 | Prescription Renewed |
| Miller, Dennis DO | 174812 | GABApentin 800mg tablet - 1600 MG (2x800MG) po bid | 06/19/2019 | 05/11/2020 | | 4.00 | Prescription Renewed |
| Miller, Dennis DO | 174815 | IBUprofen 800mg tablet - 800 MG (1 x 800MG)  po q6h PRN | 06/19/2019 | 05/11/2020 | | 4.00 | Prescription Renewed |
| Keller, Gregory DO | 185188 | Atomoxetine 60mg capsule - 60 MG (1 x 60MG) po qAM | 02/19/2020 | 04/23/2020 | | 1.00 | RX change |

A.45

Department of Corrections
**Prescription Report**

**Offender:** 6767058        **Offender Name:** Scarpa, Gregory Jr

**Past History**

| Doctor | Rx# | Drug/Sig | Start Date | Stop Date | Release Date | Qty | Reason |
|--------|-----|----------|------------|-----------|--------------|-----|--------|
| Keller, Gregory DO | 188685 | Atomoxetine 80mg capsule - 80 MG (1 x 80MG) po qAM for concentration ( start 7 days after donepezil increase) | 04/30/2020 | 04/22/2020 | | 1.00 | Doctor discontinued |
| Keller, Gregory DO | 188684 | Donepezil 10mg tablet - 10 MG (1 x 10MG) po qHS for cognition | 04/23/2020 | 04/22/2020 | | 1.00 | Doctor discontinued |
| Keller, Gregory DO | 188686 | Atomoxetine 80mg capsule - 80 MG (1 x 80MG) po qHS for concentration/ focus | 04/23/2020 | 04/22/2020 | | 1.00 | Doctor discontinued |
| Keller, Gregory DO | 185190 | Donepezil 5mg tablet - 5 MG ( 1 x 5MG Tab(s)) PO at HS for 60 days then increase dose | 02/20/2020 | 04/19/2020 | | 1.00 | Doctor discontinued |
| Keller, Gregory DO | 180827 | MIRTAZapine 30mg tablet - 30 MG ( 1 x 30MG Tab(s)) PO at HS PRN for anxiety | 10/29/2019 | 02/19/2020 | | 1.00 | Prescription Renewed |
| Keller, Gregory DO | 180826 | Atomoxetine 60mg capsule - 60 MG (1 x 60MG) po qAM | 10/29/2019 | 02/19/2020 | | 1.00 | Prescription Renewed |
| Miller, Dennis DO | 183200 | Neomycin/Polymyxin/HC Otic Suspension - Instill 3 drops in each ear once daily | 01/08/2020 | 02/06/2020 | | 3.00 | |
| Miller, Dennis DO | 183199 | Sulfamethoxazole/TMP DS (800/160mg) tablet -  (1 x 800-160MG) po bid x 7 days | 01/08/2020 | 01/15/2020 | | 2.00 | |

**Total:  46**

A.46

9218

DONEPEZIL - ORAL 9218

(doh-NEP-eh-zil)

COMMON BRAND NAME(S): Aricept

USES:  This medication is used to treat Alzheimer's disease.

HOW TO USE:  Take this medication orally. It is usually taken once
daily just before bedtime. This medication may be taken with or
without food.
    If you experience sleeping problems (e.g., insomnia), consult
your doctor about switching to morning dosing.
    It may take a few weeks before the full effects of donepezil
are noticed. Take donepezil exactly as directed. Do not stop
taking it or increase the dosage unless your doctor instructs you
to do so.

SIDE EFFECTS:  Donepezil may cause nausea, diarrhea, vomiting,
insomnia, muscle cramps, unusual tiredness or loss of appetite. If
these effects continue or worsen, contact your doctor.
    Unlikely but report: headache, dizziness or fainting, weight
loss, vision problems, chest pain, joint pain, depression, unusual
dreams, drowsiness, new mental changes, rash, stomach pain,
frequent urination, unsteadiness.
    Very unlikely but report: slow or irregular heartbeat, slurred
speech, seizures, black stools.
    If you notice other effects not listed above, contact your
doctor or pharmacist.


PRECAUTIONS:  Tell your doctor if you have: seizures, liver
disease, heart problems, stomach or intestinal problems, lung
disease, allergies (especially drug allergies).
    Because of the possibility this drug will make you dizzy and
affect coordination, do not drive or operate machinery until you
get used to the drug's effects. Limit or avoid alcohol intake as
it may increase the possibility you will get dizzy or sleepy.
    This medication should be used only when clearly needed during
pregnancy. Discuss the risks and benefits with your doctor. It is
unknown if donepezil is excreted into breast milk. Consult your
doctor before breast-feeding.

OVERDOSE:  If overdose is suspected, contact your local poison
control center or emergency room immediately. Symptoms of
overdose may include severe nausea, vomiting, sweating, slow
pulse, dizziness, lightheadedness, slow breathing, and seizures.

Page 1

A.47

9218

NOTES:  Do not share this medication with others.

MISSED DOSE:  Take any missed dose as soon as possible but not if
it is almost time for the next dose. If it is time for the next
dose, skip the missed dose and resume your regular schedule. Do

not "double-up" the dose.

STORAGE:  Store at room temperature between 59 to 86 degrees F (15
to 30 degrees C). Keep away from moisture and sunlight. Do not
store in the bathroom.

A.48

4047

MIRTAZAPINE - ORAL 4047

(mer-TAZE-uh-peen)

COMMON BRAND NAME(S): Remeron

USES: Mirtazapine is used to treat depression.

HOW TO USE:  Take this medication by mouth once daily preferably at bedtime, or as directed by your doctor. The dosage is based on your medical condition and response to therapy.
   It may take up to two weeks before the full benefit of this drug takes effect. Therefore, do not increase your dose or take it more frequently than prescribed. Consult your doctor.

SIDE EFFECTS:  Drowsiness, dizziness, dry mouth, constipation, increased appetite, or weight gain may occur. If any of these effects persist or worsen, notify your doctor.
   Tell your doctor immediately if any of these serious side effects occur: swelling of hands or feet, muscle pain, mental/mood changes.
   Tell your doctor immediately if any of these unlikely but serious side effects occur: back pain, shakiness (tremor), increased urination.
   Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: persistent sore throat or fever, chills, trouble breathing, chest pain.
   If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS:  Tell your doctor your medical history, especially of: kidney problems, liver problems, other mental/mood conditions (e.g., bipolar disorder), seizures, heart disease, strokes, high cholesterol, any allergies.
   This drug may make you dizzy or drowsy; use caution engaging in activities requiring alertness such as driving or using machinery. Limit alcoholic beverages.
   To minimize dizziness and lightheadedness, get up slowly when rising from a seated or lying position.
   Caution is advised when using this drug in the elderly because

they may be more sensitive to the effects of the drug.
   This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor.
   It is not known whether this drug passes into breast milk. Consult your doctor before breast-feeding.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose include: disorientation, memory problems, unusually fast heartbeat.

NOTES:  Do not share this medication with others.

   Laboratory and/or medical tests may be performed to monitor your progress.

MISSED DOSE:  If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

STORAGE:  Store at room temperature between 59 and 86 degrees F (2

4047
to 30 degrees C) away from light and moisture.

SCARPA, GREGORY #6767058 Rx# 190048

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Metoprolol Extended-Release Tablets

**Pronunciation** (me toe PROE lole)
**Brand Names: US** Toprol XL.

## Warning

- Do not stop taking this drug all of a sudden. If you do, chest pain that is worse and in some cases heart attack may occur. The risk may be greater if you have certain types of heart disease. To avoid side effects, you will want to slowly stop this drug as ordered by your doctor. Call your doctor right away if you have new or worse chest pain or if other heart problems occur.

## What is this drug used for?

- It is used to treat high blood pressure.
- It is used to treat chest pain or pressure.
- It is used to treat heart failure (weak heart).
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you have any of these health problems: Certain types of abnormal heartbeats called heart block or sick-sinus syndrome, heart failure (weak heart), low blood pressure, poor blood flow to the arms or legs, shock caused by heart problems, or a slow heartbeat.
- If you have any of these health problems: Asthma or other breathing problems like COPD (chronic obstructive pulmonary disease).

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists,

and dentists.

- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Check blood pressure and heart rate as the doctor has told you.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- This drug may hide the signs of low blood sugar. Talk with the doctor.
- If you have high blood sugar (diabetes), you will need to watch your blood sugar closely.
- If you are taking this drug and have high blood pressure, talk with your doctor before using OTC products that may raise blood pressure. These include cough or cold drugs, diet pills, stimulants, ibuprofen or like products, and some natural products or aids.
- This drug may make it harder to tell if you have signs of an overactive thyroid like fast heartbeat. If you have an overactive thyroid and stop taking this drug all of a sudden, it may get worse and could be life-threatening. Talk with your doctor.
- If you have had a very bad allergic reaction, talk with your doctor. You may have a chance of an even worse reaction if you come into contact with what caused your allergy. If you use epinephrine to treat very bad allergic reactions, talk with your doctor. Epinephrine may not work as well while you are taking this drug.
- Talk with your doctor before you drink alcohol.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat;

A.51

SCARPA, GREGORY #6767058 Rx# 190048

trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

- Low mood (depression).
- Very bad dizziness or passing out.
- Chest pain that is new or worse.
- An abnormal heartbeat that is new or worse.
- Slow heartbeat.
- Shortness of breath, a big weight gain, or swelling in the arms or legs.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling dizzy, tired, or weak.
- Diarrhea, upset stomach, or throwing up.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or right after a meal.
- Swallow whole. Do not chew or crush.
- You may break the tablet in half. Do not chew or crush.
- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

## What do I do if I miss a dose?

- Skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

## How do I store and/or throw out this drug?

- Store at room temperature in a dry place. Do not store in a bathroom.
- Protect from heat.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush

down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

## Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: 5/6/2020
Database Edition 20.2.1.002
Copyright 2020 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors.  All rights reserved.

A.52

**IOWA MEDICAL & CLASSIFICATION CENTER PHARMACY**

**Scarpa, Gregory  #6767058**                              **ISP / Housing Unit 3A-Pod**
**METOPROLOL 50MG XL TABLET**

May Make You Dizzy. Check With Doctor Before Drinking Alcohol. Use Care When Operating A Vehicle, Vessel, Or Other Machines.

Take This Drug Preferably With Or Right After A Meal.

Swallow Whole. Do Not Chew Or Crush.

Do Not Take Other Medicines Without Checking With Your Doctor Or Pharmacist.

Take Or Use This Medicine Exactly As Directed. Do Not Skip Doses Or Discontinue Unless Directed By Your Doctor.

### Medication Self-Administration Rules

• You are responsible for making sure that the name of the medication on the unit dose packaging you receive is the same as the medication on the label and that the name and ID number on the label are your name and number.

• Keep your medications locked up in your housing area. The only medications you may carry with you are nitroglycerin for chest pain and inhalers for breathing difficulty.

• Do NOT remove your medication from its packaging and labeling until you are ready to take it. Unlabelled and/or unpackaged medication is CONTRABAND.

• You must turn in all unused supplies of discontinued or unexpired medications to health services.

• Your prescription is valid until the expiration date on the label or until 90 days after your release date, whichever is sooner. You will be given a 30 day supply of medication when you are released; you may have the remainder of the prescriptions transferred to a community pharmacy to be filled at your own expense.

• This packaging is not for households with young children. Do not take this packaging to the visiting room or out of the institution when you are released unless you have signed a Notice of Non-Child-Resistant Packaging Form

• It is YOUR responsibility to take your medication correctly and to reorder it before you will run out. Failure to do so may result in loss of eligibility to participate in the Medication Self-Administration Program.

• Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed. Do not sell, trade, or give your medication to another offender. Violation of this rule can result in a major report and loss of eligibility to participate in the Medication Self-Administration Program.

### IOWA MEDICAL & CLASSIFICATION CENTER PHARMACY
### REFILL PICKUP FORM

**Scarpa, Gregory  #6767058**                              **ISP / Housing Unit 3A-Pod**
**METOPROLOL 50MG XL TABLET -- TWI PHARMACEUTICALS -- QTY: 30.00**     **Order Expires: 11/22/2020**

☐  THE SAM MEDICATION LISTED ABOVE IS READY FOR PICKUP. PLEASE REPORT TO HEALTH SERVICES
    ON DATE: _____ AT YOUR FACILITY'S SAM PILL LINE TIME TO PICK IT UP.

☐  YOU MUST BRING YOUR EMPTY _____ WITH YOU AND TURN IT IN TO GET
    YOUR REFILL.

A.54



## Patient Information Sheet

### Atomoxetine (marketed as Strattera)

This is a summary of the most important information about Strattera. For more information, talk to your healthcare professional.

**FDA ALERT [09/2005] Suicidal Thinking in Children and Teens**

- **Strattera may increase thoughts of suicide or suicide attempts in children and teens.**

- **Call your child's healthcare professional right away if your child or teen has:**

  - **new or increased thoughts of suicide**
  - **changes in mood or behavior including becoming irritable or anxious**

**The label for Strattera is being revised to include the above warnings.**

*This information reflects FDA's current analysis of data available to FDA concerning this drug. FDA intends to update this sheet when additional information or analyses become available.*

### What Is Strattera?

Strattera is used to treat a condition called Attention-Deficit with Hyperactivity Disorder (ADHD) in children, teens, and adults. Strattera has not been studied in children under 6 years old.

### Who Should Not Take Strattera?

You should not take Strattera if you:
- are taking a medicine called a Monoamine Oxidase Inhibitor (MAOI). Do not take Strattera for at least 2 weeks after you stop taking a MAOI. Do not take a MAOI for at least 2 weeks after you stop taking Strattera.
- have an eye disease called narrow angle glaucoma

### What Are The Risks?
*The following are the major potential risks and side effects of Strattera. However, this list is not complete.*

The following are the major potential risks and side effects of Strattera therapy:

- *Suicidal thoughts or actions:* Strattera may increase thoughts of suicide or suicide attempts in infrequent cases. Call you doctor right away if you become irritable or anxious or have other mood changes, or if you have thoughts of suicide.

- *Liver Damage:* Strattera can cause liver damage in rare cases. Call your doctor right away if you have itching, dark urine, yellow skin or eyes, upper right-sided stomach area pain, or unexplained "flu-like" symptoms.

- *Weight Loss/Slowed Growth:* Some people may lose weight while being treated with Strattera. It is not known if growth will be slowed in children who use Strattera for a long time. Height and weight should be watched in children who are taking Strattera.

- *Impaired Motor Skills:* Do not drive or operate dangerous machines until you know how Strattera affects you.

**Some common side effects that may occur with Strattera in children include:**
- upset stomach
- decreased appetite
- nausea or vomiting
- dizziness
- tiredness
- mood swings

**Some common side effects that may occur with Strattera in adults include:**
- constipation
- dry mouth
- nausea
- decreased appetite
- dizziness
- problems sleeping
- sexual side effects
- problems urinating
- menstrual cramps



*Questions? Call Drug Information, 1-888-INFO-FDA (automated) or 301-827-4570*
*Druginfo@cder.fda.gov*

A.55



**Patient Information Sheet**

## Atomoxetine (marketed as Strattera)

These are **not** all of the side effects reported with Strattera. Your healthcare professional can give you a more complete list of side effects.

### What Should I Tell My Healthcare Professional?

**Before you start taking Strattera,** tell your healthcare professional if you:

- have or had liver problems. You may need a lower dose of Stattera.
- have high blood pressure. Strattera can increase blood pressure.
- have problems with your heart or an irregular heartbeat. Strattera can increase heart rate (pulse).
- have low blood pressure. Strattera can cause dizziness or fainting in people with low blood pressure.
- are trying to become pregnant, are already pregnant, or are breast-feeding.

- have a problem with depression or suicidal thinking.

### Can other Medicines or Food Affect Strattera?

Strattera and certain other medicines can interact with each other. Tell your healthcare professional about all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements. Some medicines may affect how Strattera works or Strattera may affect how your other medicines work. Know the medicines you take. Keep a list of them with you to show your healthcare professional.



*Questions? Call Drug Information, 1-888-INFO-FDA (automated) or 301-827-4570*
*Druginfo@cder.fda.gov*

A.56

# Kiosk Messages All Report

Kiosk Messages From 08/23/2020 To 09/24/2020 - All Mailboxes

**6767058 - Gregory Scarpa, Jr**

| Message Date | Author | Mailbox | Subject | Text | Status |
|---|---|---|---|---|---|
| 08/24/2020 11:02 am | LINDSEY.MOELLER | Video Visitation | Video Visitation | Scarpa, Greg - 6767058 with Bennett, Deanna Video Visit Details<br>Start: Saturday, August 29, 2020 2:00 PM (US/Central)<br>End: Saturday, August 29, 2020 2:30 PM (US/Central)<br>Duration: 30 minutes scheduled, 20 minute visit | Read |
| | | | | Visitor timezone: US/Eastern<br>Visitor start time: Saturday, August 29, 2020 3:00 PM (US/Eastern)<br>Visitor end time: Saturday, August 29, 2020 3:30 PM (US/Eastern) | |
| 08/26/2020 6:30 am | Offender | Health Services - Sick Call | appointment w/Doctor | having problems while eating I'm having trouble getting the food down, causing choking & at times vomiting... Thank You  Gregory Scarpa 6767058 | Read |
| 08/26/2020 6:37 am | Offender | Health Services - Dental | Dentures... | If possible i need to exchange my dentures with a new pair, the ones i have are very old, they squish the food instead of chopping, they also don't fit right which are causing me head aches.. Thank You  Gregory Scarpa 6767058 | Read |
| 08/26/2020 7:21 am | CYNTHIA.FEDLER | Health Services - Sick Call | appointment w/Doctor | I have scheduled you for sick call today at 2:30pm.<br>Cindy Fedler, RN | Read |
| 08/31/2020 1:35 pm | LINDSEY.MOELLER | Video Visitation | Video Visitation | Scarpa, Gregory - 6767058 with Velez, Kori Video Visit Details<br>Start: Friday, September 4, 2020 10:00 AM (US/Central)<br>End: Friday, September 4, 2020 10:30 AM (US/Central)<br>Duration: 30 minute visit | Read |
| | | | | Visitor timezone: US/Eastern<br>Visitor start time: Friday, September 4, 2020 11:00 AM (US/Eastern)<br>Visitor end time: Friday, September 4, 2020 11:30 AM (US/Eastern) | |
| 09/11/2020 10:55 am | LINDSEY.MOELLER | Video Visitation | Video Visitation | scarpa, gregory - 6767058 with scarpa, gregory Video Visit Details<br>Start: Sunday, September 13, 2020 1:30 PM (US/Central)<br>End: Sunday, September 13, 2020 2:00 PM (US/Central)<br>Duration: 30 minutes scheduled, 20 minute visit | Read |
| | | | | Visitor timezone: US/Eastern<br>Visitor start time: Sunday, September 13, 2020 2:30 PM (US/Eastern)<br>Visitor end time: Sunday, September 13, 2020 3:00 PM (US/Eastern) | |
| 09/14/2020 6:47 am | Offender | Health Services - Sick Call | Choking... | Due to choking, losing my breath while eating I'd like to if possible have an ADL worker check-up on me during Dinner, I've almost passed out more than once  Thank you Gregory Scarpa 6767058 | Read |
| 09/15/2020 5:36 am | AMANDA.DODSON | Health Services - Sick Call | Choking... | I will get with Tasha about this. I would say it will be a mentor that we would have check on you. Do you feel as though you need more ADL assistance with other activities? RN Dodson | Read |
| 09/15/2020 6:34 am | Offender | Health Services - Sick Call | Choking... | I don't need other assistance, but i did talk to Joy Kuper about a mentor check-up on me & she told me that Mentors aren't trained for such and that i would need to get with Medical & in case there's a problem the ADL workers are trained for the problem.. Thank you  Gregory Scarpa 6767058 | Read |
| 09/15/2020 7:14 am | AMANDA.DODSON | Health Services - Sick Call | Choking... | Thank you. I will discuss this with Tasha. Thanks RN Dodson | Read |
| 09/17/2020 12:32 pm | LINDSEY.MOELLER | Video Visitation | Video Visitation | Scarpa, Gregory - 6767058 with Bennett, Deanna Video Visit Details<br>Start: Saturday, September 19, 2020 2:00 PM (US/Central) | Read |

Iowa Department of Corrections

09/24/2020 7:35 am

A.57



# Iowa State Penitentiary orders new restri
# COVID-19 cases found

Nick Weig  10/5/2020



© Provided by KGAN Cedar Rapids

The Iowa Department of Corrections has imposed new restrictions on inmates at the Iowa State Penitentiary in Ft. Madison after three inmates tested positive for COVID-19.

Right now, three inmates and four staffers have tested positive for the virus. 22 others working at the state prison have recovered. This is far from the first outbreak of COVID-19 in state-run prisons. The

A.58

deadliest was in the Fort Dodge center, where 360 inmates were infected and recovered, but three others died.

According to the Department of Corrections, inmates have been placed on restricted movement, and additional testing is being conducted.  The restrictions also prohibit video conferences with loved ones.

For complete information on the status of the pandemic in Iowa's state prisons, click here.

## Quick stats

| Prison | Inmates Tested | Inmates Positive | Inmates Recovered | Staff Positive* | Staff Recovered | COVID Related Inmate Deaths |
|---|---|---|---|---|---|---|
| Anamosa | 286 | 0 | 0 | 1 | 8 | 0 |
| Clarinda | 2,546 | 29 | 31 | 3 | 4 | 0 |
| Fort Dodge*** | 3,994 | 1 | 361 | 1 | 45 | 3 |
| ICIW | 322 | 0 | 0 | 2 | 11 | 0 |
| IMCC** | 6,058 | 3 | 317 | 2 | 40 | 1 |
| ISP | 1,325 | 27 | 5 | 1 | 26 | 0 |
| Mt. Pleasant | 2,856 | 9 | 437 | 0 | 11 | 0 |
| Newton | 494 | 0 | 2 | 2 | 6 | 0 |
| North Central | 185 | 0 | 0 | 1 | 1 | 0 |
| Total | 18,066 | 69 | 1,153 | 13 | 152 | 4 |

(Last update: 10/14/20)

*Some staff data is reliant on self-reporting.

**4/22/20 Update: The department began conducting extensive testing at IMCC.

*** 7/2/20 Update:  The department began conducting extensive testing at FDCF.

**10/2/20 Update:** Due to new positive cases at CCF and ISP, these facilities have been placed on restricted movement, and additional testing is being conducted. Video visitation will not be available at either facility until movement status has returned to normal.

Definitions:
Inmates tested: Means tests administered to inmates; may include individual inmates that were tested multiple times.
Inmates positive: Means inmates that are currently considered "positive," whether symptomatic or asymptomatic, but have not qualified as "recovered."
Inmates recovered: Means inmates that have had COVID-19, but have qualified as recovered from their illness and are believed to no longer be contagious.

Quick stats

| Prison | Inmates Tested | Inmates Positive | Inmates Recovered | Staff Positive* | Staff Recovered | COVID Related Inmate Deaths |
|---|---|---|---|---|---|---|
| Anamosa | 310 | 0 | 0 | 2 | 8 | 0 |
| Clarinda | 2,769 | 6 | 56 | 4 | 5 | 0 |
| Fort Dodge*** | 4,096 | 0 | 362 | 0 | 46 | 3 |
| ICIW | 333 | 0 | 0 | 0 | 13 | 0 |
| IMCC** | 6,473 | 3 | 321 | 0 | 42 | 1 |
| ISP | 1,570 | 15 | 19 | 3 | 26 | 0 |
| Mt. Pleasant | 2,993 | 5 | 445 | 3 | 11 | 0 |
| Newton | 510 | 0 | 2 | 3 | 7 | 0 |
| North Central | 187 | 0 | 0 | 2 | 1 | 0 |
| Total | 19,241 | 29 | 1,205 | 17 | 159 | 4 |

(Last update: 10/20/20)

*Some staff data is reliant on self-reporting.

**4/22/20 Update: The department began conducting extensive testing at IMCC.

*** 7/2/20 Update:  The department began conducting extensive testing at FDCF.

**10/2/20 Update:** Due to new positive cases at CCF and ISP, these facilities have been placed on restricted movement, and additional testing is being conducted. Video visitation will not be available at either facility until movement status has returned to normal.

Definitions:
Inmates tested: Means tests administered to inmates; may include individual inmates that were tested multiple times.
Inmates positive: Means inmates that are currently considered "positive," whether symptomatic or asymptomatic, but have not qualified as "recovered."
Inmates recovered: Means inmates that have had COVID-19, but have qualified as recovered from their illness and are believed to no longer be contagious.

1074

July 13, 20

Dear Honorable Judge Korman

Hello Sir, i'm writing Your Honor so that you hear directly from me and some of what i'm about. First let me say i'm not at all near the man I once was and I take full responsibility for why I'm in prison.

I at the moment have completed 32 straight years, during the years I can honestly say I have learned alot, some by taking many educated Courses including a course named "Think of Change" this particular Course was recommended directly from the Department of Corrections and said that taking the course it would be recognized when inmates go in front of the parole board and or courts (IOWA STATE).... Knowing that it doesn't apply to me I took the course just to get some more insight on things that matter, anyway the course was great, it included alot of reading, Role playing, Working together with staff + others in the class. In short Your Honor it made me learn the better ways of taking on problems and making decisions in a much more sensible way, it showed how the real life issues were faced then, and what actually would be the correct + sensible way to have gone about it.

Also, As your Honor is aware, time after time I tried and did my best to make amends. I want you to know that I will forever continue to try + make amends for all of my wrong.

I purposely burnt all bridges that led to that

A.62

2 of 4

horrific life style, I say "Purposely" because one of my
objectives beside myself was to keep my son far away
from that life, which I was successful in doing so. My
son is 39 years old, beside his health problem (Diagnosis MS)
is doing good.

I met a wonderful lady from Springfield Ohio, a long-
time legal assistant, her + I hit it off together as if
we knew one another forever, before Covid-19 she been
visiting me weekends almost every month for the past
four years, our relationship is wonderful and we are
talking marriage in the near future, she want to
teach me + put me up to date with the Computer/Technology
World.

Your Honor before I give you an update of my
medical Problems I want Your Honor to know I will
never lose this remorse feeling I have from my wrongs
and I can guarantee you Your Honor there would absolutely
be no Recidivism, and can guarantee that you will
never see or hear of me being in a court room on the
wrong side of the law.

As for the medical issues that I'm experiencing
I cannot eat with the general population and always need
to eat with someone or someone nearby, this is because
the surgery of the removal of a golf Ball size tumor in
My Throat that left no seperation from where the food
goes down + my Wind pipe make Choking a frequent
occurrence, and with having very limited saliva due

A.63

3 of 4

to the Radiation that Burnt my saliva glands, between the two issues there are times that I chok d vomit to a point where I need to hopefully get my Breath Back. I can't eat 80% of the meals prepared by the Prison, for the same reasons stated, Being the case the prison is doing it's best to help the matter give me a diet sack that consist of cold cuts, Bread, cheese, pudding + Milk for its 5 years. Due to the length of time of cold cuts + package foods that I'm allowed to Buy at commisary, I believe is the reason I must have high Blood Pressure which I'm taking medication for. I also suffer with nerve damage caused by the 8 hour + 5 hour surgeries (Neck + Throat) the medication is 3200 mg daily, (GABApentin). I have Cognitive decline where as recently given medication for the beginning of Dementia caused By Alzheimers, I also suffer Hypothyroid issues making maintaining weight difficult, I have cholesterol issues, arthritis/joint pain I'm not allowed to go up stairs, I have psoriasis causing skin issues, I godown for foot care once a month, I have Bladder issues that I'm taking medication to help me urinate and need to go immediately, I've had a serious Blood clot Post a hernia surgery, your honor I could continue But I think you see the picture. Your Honor Due to the numbers going up with Covid-19 in Jails + having Covid-19 scares here, I've become very anxious knowing that if I get the virus with my Medical condition and I believe weakened immune system due to the amount of Chemo

A.64

4-24

and radiation that I had would make it very hard to avoid the end of my life.

Your Honor, my family and I Pray that the court Would decide on a compassion Release, my family and I will all be so greatful for your honors consideration of my diminished health and any opportunity to spend the later years of my life with my family, in a better location where my health can be thoroughly cared for.

Beside my four children I have five grandchildren their ages are 19, 17, 12, 8 & 5, they're all in school except the 19 year old, he's in the United States Coast Guard and want to make a career of it.

Your Honor I have a very Supportive family, Brothers, sisters and cousins that I have at where I can reside outside of New York. Florida, New Jersey, Delaware, Kansas, Ohio, and Iowa. With Health permitting work offered by my sister as a Billing clerk, preparing and issuing invoices to all customers, storing inventory electronically and including sales.

Sincerely
Gregory Scarpa Jr.

A.65

Deanna Bennett
5316 Ridgewood Road East
Springfield, OH 45503

August 19, 2020

The Honorable Edward R. Korman
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *USA vs. Gregory Scarpa, Jr*
      Case No.  94-CR-1119 (ERK)

Dear Judge Korman:

I am writing this letter on behalf of Gregory Scarpa, Jr., the defendant in the above referenced matter.

My name is Deanna Bennett and I currently reside in Springfield, Ohio, where I work as a legal assistant in an attorney's office.  I met Greg in June of 2017, seven months after a friend of mine asked if I would send a card of encouragement to a prison inmate who had been struggling with some health-related issues.  I have since communicated regularly with Greg by letters and telephone and, prior to the recent COVID19 restrictions, by visiting with him at least once a month.

When I first met Greg, I knew little of his past lifestyle or why he had been incarcerated. After several letters we had written to one another, phone calls and frequent visits, I grew to see the loving person that I believe Greg is today.  Let me share with you one perfect example.  I have a sister, Susie, who is 67 years old and intellectually disabled.  She has the mentality of a young child and cannot really read or write.  However, she is as "wise as an owl".  Greg has sent and still continues to send, my sister beautiful "homemade" cards for the holidays that always brighten up my sister's face.  When I am on the phone with Greg and he hears that I am with Susie, I will put him on speaker phone, and he will talk to her for a few minutes.  The highlight of Susie's day is allowing her to share with Greg that she loves him and she prays for his health, but most of all that God loves him.  So wise, yet so childlike.

A.66

In addition, I have visited Greg often and I have heard so much positive feedback, both from prison staff about how "Scarpa" is a great guy, and also from other inmates he has mentored along the way, especially the younger kids that come into the institution. So many look up to him because he has been locked down for so many years. They know he shares the truth about prison with them, and they listen when he tells them how everyone should conduct themselves with respect for each other and the prison staff.

I also stay in close contact with Greg's four children and his five grandchildren. Greg went to prison when all of his own children were so young that his absence had a huge impact on their upbringing. I can relate to that because I lost my father when I was just five years old. He was walking across the street in the dark and was struck and killed by a car. Well, today I am 55 years old. In a sense, my background and that of Greg's children, growing up without a father, were similar and traumatic, to say the least. Greg nevertheless stayed close to his kids and looked out for them as best he could, and I know they all love him dearly to this day.

Your Honor, I believe one hundred percent that Greg has served his time well and has always made it his business to steer clear of any trouble in prison. Despite the difficulties of prison life that I can only begin to imagine, Greg has been a fine human being in all his years inside and an inspiration to many of the younger inmates who are incarcerated with him. He has an amazing heart and I believe that, if he is released while he still has the strength and health to do so, he will make a successful return to society. He has shared with me many stories about his past, which he is certainly not proud of, but he never shied away from taking full responsibility for his past lifestyle and his commitment to avoiding any misconduct in his future, whether in prison or out.

By the grace of God, if Greg is granted a compassionate release, he may have a few years left on this earthly domain to be able to spend with his family and mine. I have one son, a 21-year old college graduate who has spoken a number of times on the telephone with Greg and enjoys their conversations. My sister Susie also looks forward to the day she can meet Greg. If he is released, I plan to be at Greg's side and help him learn how to live in a totally changed society, and to do whatever I can to help his health improve. Greg has been away for 32 years, and much has changed that he will need to adapt to, but I hope I can be a guide to him in all things. I am committed to helping him tremendously along the way, whether with daily life, or education, or his growing health concerns.

Greg and I both prefer to live in a location other than New York or New Jersey. Do not get me wrong, I love the culture and diversity that the East Coast has to offer, but I believe we would need to find a place that is calm and offers us both some serenity at this point in our lives. We are inclined to move either to Florida, where he would be able to work for his sister, or to Iowa, where Greg can be close to the doctors who are following his cancer care, or to my home state of Ohio. Greg's sister is happy to have him work from any location once I teach him how to telecommute.

Greg turned 69 years old this year, and both his age and his declining health, I honestly believe, eliminates even a possibility of any recidivism. The 32 years he has already served have

A.67

been a severe punishment, and there are no words to express how remorseful Greg feels. As I said before, I have come to deeply believe that Greg is an incredibly good person, despite the serious mistakes of his past. He is caring, often sharing food that he is unable to eat with other inmates. He is so much smarter now, with a balanced outlook on life, and so many completed programs to his credit. I would also like your Honor to know that I have not only raised a son who is moving forward with his life in a way that makes me proud, but I have never been in any trouble myself and I am not about to start. I believe I will be a positive influence for Greg, and his release would be a wonderful time for both of us, however long it lasts.

Your Honor, I know that you recognized that Greg's poor health, his unusual and significant contributions to law enforcement and public safety, and his exceptional prison record, all called for a reduction in his remaining sentence when he was last before the Court. In the years since then, I have witnessed his health further decline, and I sincerely believe he will die in prison if he is required to serve the full term of his remaining sentence inside prison walls. When I last visited with him before the COVID restrictions suspended all visiting, we often "dined" from the vending machines because we spent many hours in the visitor's room together and got hungry. Every time, the dry items that are available from the machines made him choke severely, and he had a hard time swallowing even moist items. I know when I have spoken to him these last few months, his voice is often hoarse and raspy and I worry that he has had more choking episodes that are pretty much a daily occurrence for him since his surgeries in 2014. I was so glad that some of his fellow inmates were able to look out for him by sitting with him when he eats to help him when he chokes, but that safety net has been discontinued now too while the prison enforces social distancing. Compared even to the best conditions at prison, I know I could make Greg much more comfortable and perhaps even improve his health with home cooked meals that he can swallow and enjoy.

The other troubling condition that I have noticed in the past year or so is that Greg's memory is failing. When I first knew Greg just three years ago, he seemed very sharp and had good recall. Now when we speak, he often repeats the same story or asks me the same question after I answered it only a few minutes earlier. I also bring my visitor's card with funds to use in the vending machines, and almost every time Greg takes it to bring us something to eat, he forgets it in the machine and I have to remind him to go back and get it. He told me he has been tested for his memory decline and did not do so well on the test they gave him. He is taking medications now that are supposed to slow the progress of dementia, but this is another condition that is making prison life all the more difficult for him now.

As I understand it, the law has now changed to give courts the power to recognize when extraordinary and compelling circumstances warrant a defendant's compassionate release. I sincerely urge your Honor to recognize the decline in Greg's physical and cognitive health, along with his excellent record of rehabilitation and service to the public, and to grant Greg the opportunity to spend his last years at home, surrounded by his family and friends who love him.

At this point, I believe he has fully paid his debt to society, and keeping him in prison when he can no longer adequately care for himself serves no purpose.

Again, your Honor, I understand the troubles that Greg had in his past because he has admitted his wrongdoings to me. If Greg is granted a compassionate release, I will be there to help him and make sure that he abides by every rule, and complies fully with all conditions of home detention or supervision. I have a true passion for law and order, and your Honor may rest rest assured that Greg will always be walking a straight line when I am in the picture. I feel that Greg has already learned the importance of living by the rules, but I assure your Honor I will be his backup to make sure he stays on the right path for the rest of his life.

Thank you, your Honor, for considering this letter and for recognizing that Gregory Scarpa, Jr., was and is a man who deserves a lesser sentence, and who should be granted compassionate release because he has already served such a long sentence, because his record in prison has been exceptional, and because his health issues are making his life in a prison setting just too difficult. Should you need to get in touch with me, I can be reached at (937) 561-1197.

Very truly yours,

Deanna Bennett

A.69



**Fields of Opportunities**

# *Iowa State Penitentiary*
## *Interoffice Memorandum*

*Randy Gibbs*
*Warden*

Date:       October 9th, 2020

To:         ISP Population

From:       Randy Gibbs, Warden

Subject:    COVID19


Your cooperation over the last week is appreciated. It has not been an easy week for anyone. I am happy to report that almost every inmate here cooperated with testing. The very few that did not will spend much more time behind a door in order to keep the staff and inmates at ISP safe.

The first round of test results showed that around two dozen inmates were positive for COVID 19. As you know, moves were conducted yesterday. These moves placed all positive inmates, as well as all presumptive positive inmates, in HU4 or on HU2B.

In order to ensure that all infected inmates are identified, a second test must be conducted next week. Once those results are received, you will likely see some form of normalcy return for those who test negative. Two negative tests are required to identify someone as negative. Staff follow the exact same guidelines.

Hang in there, for many of you the finish line is near!


RG/jj

A.70

OCT 14 2020

Dear Office of General Counsel

Enclosed are Documents of Application Requesting Home Confinement Through First Step Act - of Cares act - for elderly Offender Due to Covid 19, my Regional Administrative Remedy Appeal Denial and an Iowa State Penitentiary Interoffice Memorandum from Warden Randy Gibbs.

I sent you the above Request along last seperate of my BP11... The BP11 was Denied but you never gave me an answer for the Home Confinement Request - not receiving an answer was saying (No-Denied)... With that said, General Counsel I ask you to Please reconsider as you can see from The Memorandum There has become a dangerous spread here at the Iowa State Penitentiary & now has become a life Threatening Placement for me - Thank you

Sincerely
Gregory Scarpa
Federal # 100 99 050
STATE # 16767058

A.71